IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JANEECE FIELDS, an Individual, | ) | CIVIL 15-00015 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE LLC; | ) | |
| CHARTER CAPITAL | ) | |
| CORPORATION, AURORA LOAN | ) | |
| SERVICING LLC; AURORA BANK; | ) | |
| STRUCTURED ASSETS | ) | |
| SECURITIES CORPORATION, aka | ) | |
| SASCO; CITIBANK N.A., AS | ) | |
| TRUSTEE FOR THE SASCO | ) | |
| Mortgage Pass-Through Certificates | ) | |
| 2005-17 Pool Group 4; LEHMAN | ) | |
| BROTHERS HOLDINGS INC.; | ) | |
| Mortgage Electronic Registration | ) | |
| Systems, aka MERS; MERSCORP | ) | |
| HOLDINGS INC; & DOE ENTITIES | ) | |
| 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 30, 2016 and

served concurrently upon those counsel of record who are registered  participants

of CM/ECF, and served on January 3, 2017  by First Class Mail to the address of

record for Janeece Fields,  and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the (1) ORDER

DENYING [204] MOTION FOR LEAVE TO FILE THIRD AMENDED

COMPLAINT; AND (2) FINDINGS AND RECOMMENDATION TO DENY [181]

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A THIRD AMENDED

COMPLAINT AND REQUEST FOR JUDICIAL NOTICE OF THE COURT'S

OWN RECORD," docket entry no. 220,  are adopted as the opinion and order of

this Court.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, January 18, 2017.



                     /s/ Leslie E. Kobayashi
                    Leslie E. Kobayashi
                    United States District Judge

**JANEECE FIELDS VS. NATIONSTAR MORTGAGE LLC, ET AL; CIVIL 15-00015 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

2