IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANEECE FIELDS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; CHARTER CAPITAL CORPORATION, AURORA LOAN SERVICING LLC; AURORA BANK; STRUCTURED ASSETS SECURITIES CORPORATION, aka SASCO; CITIBANK N.A., AS TRUSTEE FOR THE SASCO Mortgage Pass-Through Certificates 2005-17 Pool Group 4; LEHMAN BROTHERS HOLDINGS INC.; Mortgage Electronic Registration Systems, aka MERS; MERSCORP HOLDINGS INC; & DOE ENTITIES 1-50,<br><br>Defendants. | CIVIL 15-00015 LEK-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 1, 2016 and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on November 2, 2016 by First Class Mail to the address of record for Janeece Fields, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order Granting Defendant Citibank, N.A., Solely In Its Capacity As Former Trustee Of The Structured Asset Securities Corporation Pass-Through Certificates, Series 2005-17's Motion To Set Aside Default; Findings And Recommendation To Deny Plaintiff's Motion For Default Judgment," ECF NO. [208], are adopted as the opinion and order of this Court.

DATED AT HONOLULU, HAWAII, January 19, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JANEECE FIELDS VS. NATIONSTAR MORTGAGE LLC, ET AL; CIVIL 15-00015 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**